# Court of Appeals
# of the State of Georgia

ATLANTA,　June 07, 2022

*The Court of Appeals hereby passes the following order:*

**A22E0060. MICHEL-WIGGINS v. COLLEGE SQUARE APARTMENTS.**

Appellant appeals from the trial court's June 3, 2022 order granting a writ of possession for failure to timely pay all rent into the trial court's registry. Appellant has filed an emergency motion pursuant to Court of Appeals Rule 40 (b), seeking a stay.

Under Court of Appeals Rule 40 (b), we may issue emergency orders to "preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." Our power to issue emergency orders "shall be exercised sparingly."[1] We have reviewed the limited materials submitted in connection with this motion, and find that the Appellant has failed to establish that the exercise of our emergency powers is merited. We thus decline to exercise our limited powers under Rule 40 (b) in this case. The emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
　　*Clerk's Office, Atlanta,　06/07/2022*

　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*

---

[1] Court of Appeals Rule 40 (b).